THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK BOLLES, Appellant, v. BERNARD J. YORK et al., Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. Bolles* v. *York,* 62 App. Div. 617, affirmed.
(Argued September 30, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1901, which dismissed a writ of certiorari to review the determination of the defendants in removing the relator .from the police force of the city of New York and affirmed the proceedings.

*George H. Bruce* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs, on opinion in *People ex rel. Clarke* v. *Roosevelt* (168 N. Y. 488).

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting: O'BRIEN and BARTLETT, JJ.

---

JAMES MILLS, Appellant, v. REUBEN W. ROSS, Respondent.

*Mills* v. *Ross,* 39 App. Div. 563, affirmed.
(Argued October 18, 1901; decided November 26, 1901.)

APPEAL from a judgment entered April 26, 1900, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed a judgment of Special Term sustaining a demurrer to the complaint and dismissing such complaint.

*Raphael J. Moses* for appellant.

*William J. Leitch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.